IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVEN CASAUS,

    Petitioner,

v.                                                                                                                                           Civ. No. 20-1269 WJ/KK

TIMOTHY HATCH,

    Respondent.

## JUDGMENT

**THIS MATTER** having come before the Court on Petitioner's Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 by a Person in State Custody (Doc. 1) and the Court having adopted the Magistrate Judge's Proposed Findings and Recommended Disposition filed February 27, 2025 (Doc. 42) recommending that this matter be dismissed with prejudice,

**IT IS ORDERED** that **JUDGMENT** is entered against Petitioner and Petitioner's Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 by a Person in State Custody (Doc. 1) is **DISMISSED WITH PREJUDICE**.

                                                                               /s/

                                                WILLIAM P. JOHNSON
                                                SENIOR UNITED STATES DISTRICT JUDGE